UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Ronald H. Tuttle (Prose)

_____

_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

United States

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

RECEIVED

MAR - 9 2020

AT 8:30
WILLIAM T. WALSH    M
CLERK

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

I.     **Parties in this complaint:**

A.     List your name, address and telephone number. Do the same for any additional  plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff      Name          Ronald H. Tuttle
               Street Address   FCI-Oakdale 2 / P.O. Box 5010
               County, City      Oakdale
               State & Zip Code   Oakdale, LA. 71463
               Telephone Number   N/A

B.   List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name __United States of America__
Street Address __Department of Justice/FBOP__
County, City _____
State & Zip Code _____

Defendant No. 2
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 3
Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4
Name _____
Street Address _____
County, City _____
State & Zip Code _____

## II.   Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Questions            ☐ Diversity of Citizenship

☐ U.S. Government Plaintiff     ☒ U.S. Government Defendant

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

_____

_____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? Fort Dix FCI, New Jersey

B. What date and approximate time did the events giving rise to your claim(s) occur? _____

Sunday December 16, 2018 At 9Am

[What happened to you?]
[Who did what?]
[Was anyone else involved?]
[Who else saw what happened?]

C. Facts: "Following" was witnessed By! officer Rayfield (OIC) and Cellmate Walter Emery 10112-082. Both witnesses were four feet away from incident that occured And wrote statements that the following occured: I was in SHU in shower stall naked officer "Tutella" was supposed to Bring me clothes to SHU shower stall, Instead officer Tutella Reached into shower stall latched onto my penis And pulled upon It As Hard As He Could ripping out A Handful of Public Hair Also At same time, officer Tutella Stood staring At my Genitalia As Officer Rayfield And Walter Emery Stared in "Awe" At what Had Happened And finally officer Tutella looked up Seen Rayfield, Emery and myself Staring In AWE And officer Tutella Said, "Rayfield loves the Cock" Tutella stood with A Handful of my Public Hair In His Hand And Rayfield Screamed for Tutella to leave As Did I and Walter Emery, I have not Urinated Right Since that Day; I cant Get Erection; I have Recurring Nightmares of Guards Attacking me; Cold Sweats At night; Wakes me up out of sleep In Fear Hear Keys; Every time See Guards think Gonna Get Attacked; Was put In Absolute Excruciating Pain and Still Have limited use of Penis!! Guards Supposed to Protect And Serve not Attack Some One! Zero tolerance for sexual Assault/PREA! I'm Traumatized!! This was All Well Documented with witness statements And PREA and Inspector General; This was A 6 month tort claim that expired on 3/2/20 And I'm Filing Under the federal Tort Claims Act upon this Claim In Your Honorable Court Tort Claim # TRT-NER-2019-06678 (Recieved on 8/30/19) Expired 6 months now!

**IV.    Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Injury of Penis Nearly ripped off Body and Hand ful of Public Hair was ripped off Body. Injury of Still Not Being Able to Urinate that well And Cannot Get Erection Since that day! Injury of Being Traumatically Stressed to Max Around Guards Feel Gonna Attack me; Cold Sweats At Night In Sleep; lack of Sleep; Night terrors; Recurring Nightmares of Guards Attacking me!!

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

Want to Be Compensated By Money Damages in Amount of 50 million Dollars to Set the Bar Standard That Guard Cannot just walk up to Some One And Attack Them for No Reason!! Also Feel I should Be Immediate Released So I dont Have to Be Around Any Guards that Traumatize me ever time I see or hear Keys!! Feel That should leave Free And Clear No Probation No Supervised Release Since this is A first time offense an Non Violent Drug Case And All this Has Happened to me Feel Should Be free and left Alone And Paid Money Damages for this Unorthodox Sexual Assault PREA from Protect And Serve Guard That Did Not Protect Welfare But Put Welfare In Severe Agony!! Immediate Release & 50 million Dollars in Money Damages to Set Bar Standard For this Horid Attack!

- 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this _4_ day of _March_____, 20_20_.

Signature of Plaintiff _Ronald Tuttle_____

Mailing Address _FCI-Oakdale 2_____

_P.O. Box 5010_____

_Oakdale, LA. 71463_

Telephone Number _N/A_____

Fax Number *(if you have one)* _N/A_____

E-mail Address _N/A_____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Ronald Tuttle_____