```
                  UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW JERSEY
                        CAMDEN VICINAGE
```

| | | |
|---|---|---|
| RONALD H. TUTTLE, | : | CIV. NO. 20-2523 (RMB-KMW) |
| Plaintiff, | : | |
| v. | : | **ORDER** |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

For the reasons set forth in the accompanying Opinion,

**IT IS** therefore on this **17th day of February 2021**,

**ORDERED** that Plaintiff's motion for default judgment (Dkt. No. 33) is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion for a preliminary injunction (Dkt. No. 34) is **DENIED**; and it is further

**ORDERED** that the Clerk shall serve a copy of this Order and the accompanying Opinion on Plaintiff by regular U.S. mail.

s/Renée Marie Bumb
**RENÉE MARIE BUMB**
**United States District Judge**