UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| RONALD H. TUTTLE, | : | Civ. Action No. 20-2523 (RMB/KMW) |
| Plaintiff | : | **ORDER** |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

For the reasons set forth in the accompanying Opinion,

**IT IS** therefore on this **26th day of October 2021**,

**ORDERED** that Plaintiff's motions for default judgment (Dkt. Nos. 37, 39) are **DENIED** without prejudice; and it is further

**ORDERED** that Plaintiff's motion for writ of mandamus (Dkt. No. 41) is **DISMISSED** as moot; and it is further

**ORDERED** that Plaintiff's letter request to stay this matter until he is released from his current residence in a halfway house to home confinement (Dkt. No. 41) is **GRANTED**; Plaintiff shall file a motion to reopen this matter within 30 days of his release to home confinement; failure to timely reopen this matter may result in dismissal under Federal Rule of Civil Procedure 41 for failure to prosecute; and it is further

2

**ORDERED** that the Clerk shall administratively terminate this matter subject to reopening upon granting of Plaintiff's motion to reopen.

s/Renée Marie Bumb<br>
**RENÉE MARIE BUMB**<br>
**United States District Judge**